PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER COOLEY, | ) |
| | ) CASE NO. 4:23-CV-185 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| CHIRAG ENTERPRISE, LLC DBA | ) |
| WAGON WHEEL MOTEL, AKM | ) |
| M. RAHMAN, AND NASRIN | ) |
| RAHMAN, | ) |
| | ) |
| Defendants. | ) **JUDGMENT ENTRY** |

For the reasons set forth in the Order filed contemporaneously with this Default Judgment, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is rendered in favor of Plaintiff Christopher Cooley and against Defendants Akm M. Rahman and Nasrin Rahman.

IT IS ALSO ORDERED, ADJUDGED, AND DECREED that Defendants Akm M. Rahman and Nasrin Rahman, at the property and building owned by Defendants and/or where a public accommodation is operated, currently known as the Wagon Wheel Motel, are to modify their policies and procedures to accommodate lawfully individuals with service animals, and to take appropriate steps to ensure that the parties they authorize or contract with to use their property are making appropriate modifications to their pertinent policies and procedures in compliance with 42 U.S.C. § 12182(b)(2)(A)(ii).

(4:23CV185)

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is rendered in favor of Plaintiff Christopher Cooley and against Defendants Akm M. Rahman and Nasrin Rahman in the amount of Five Thousand and Twenty-One Dollars ($5,021.00), which represents (1) Four Thousand Three Hundred and Forty Dollars ($4,340.00) in attorney's fees: plus (2) Six Hundred and Eighty-One Dollars ($681.00) in litigation expenses.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

The Clerk is directed to issue a copy of this Order by regular mail to Defendants Akm M. Rahman and Nasrin Rahman.

IT IS SO ORDERED.

| October 5, 2023 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson<br>United States District Judge |

2